**Lorna G. MCCLOUD, Plaintiff–Appellant,**

v.

**Larry G. MASSANARI,\* Acting Commissioner of the Social Security Administration, Defendant–Appellee.**

No. 00–56214.

D.C. No. CV–99–00845–TJW.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2001.\*\*

Decided June 25, 2001.

Before O'SCANNLAIN, SILVERMAN, and RONALD M. GOULD, Circuit Judges.

MEMORANDUM \*\*\*

Lorna G. McCloud appeals the judgment of the district court dismissing her action without prejudice for failure to prosecute. McCloud sought judicial review of the Social Security Administration's determination that she was not disabled. *See* 42 U.S.C. §§ 405(g), 1383(c)(3). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion, *Oliva v. Sullivan,* 958 F.2d 272, 274 (9th Cir.1992), and affirm for the reasons stated by the district court.

AFFIRMED.

---

\* Larry G. Massanari is substituted for his predecessor as Acting Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument and denies McCloud's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

